IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RICKIE L. TIGUE, JR. PLAINTIFF
ADC #171131

V. Case No. 2:24-CV-00222-KGB-BBM

LANE, Captain, EARU, ADC, *et al.* DEFENDANTS

**RECOMMENDED DISPOSITION**

The following Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within 14 days of the date of this Recommendation. If you do not file objections, Chief Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

## I. DISCUSSION

On December 17, 2024, Plaintiff Rickie L Tigue, Jr. ("Tigue"), an inmate in the East Arkansas Regional Unit of the Arkansas Division of Correction, filed a *pro se* Complaint under 42 U.S.C. § 1983. (Doc. 2). An Amended Complaint followed. (Doc. 25). Before the Court could screen the Amended Complaint in accordance with the Prison Litigation Reform Act,[1] Tigue's mail from the Court was returned undeliverable. (Doc. 41).

[1]The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss

So, on May 29, 2026, the Court entered an Order giving Tigue 30 days to file a notice of his current mailing address. (Doc. 42). Importantly, the May 29 Order cautioned Tigue that, if he failed to timely and properly comply, his case could be dismissed without prejudice pursuant to LOCAL RULE 5.5(c)(2). *Id*. at 1.

Specifically, under LOCAL RULE 5.5(c)(2), Tigue has a duty to: (1) promptly notify the Clerk of any changes in his address; (2) monitor the progress of his case; and (3) prosecute his case diligently. Additionally, LOCAL RULE 5.5(c)(2) provides that if any communication from the Court to a *pro se* plaintiff, like Tigue, is not responded to within 30 days, the case may be dismissed without prejudice. *Id*.

Tigue has not provided the Clerk with a current mailing address, nor has he responded to the Court's May 29 Order. The time to do so has passed. Accordingly, his case should be dismissed without prejudice pursuant to LOCAL RULE 5.5(c)(2) for failure to prosecute.

## II. CONCLUSION

IT IS THEREFORE RECOMMENDED THAT:

1. Tigue's Amended Complaint, (Doc. 25), be DISMISSED without prejudice for lack of prosecution.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any order adopting this Recommendation and the accompanying judgment would not be taken in good faith.

---

a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. *Id.* § 1915A(b).

DATED this 9th day of July, 2026.

Benecia Moore
UNITED STATES MAGISTRATE JUDGE