**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**RICKIE L. TIGUE**
**ADC #171131** **PLAINTIFF**

**v.** **Case No. 2:24-cv-00222-KGB**

**LANE, Captain, East Arkansas**
**Regional Unit, ADC, *et al.*** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 44). The parties have not filed any objections to the Recommendation, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Plaintiff Rickie L. Tigue's claims are dismissed without prejudice for lack of prosecution (Dkt. No. 2; 25). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so ordered this the 28th day of July, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge